IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENTON GIRARD, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 1:24-cv-6882<br>) |
| v. | ) Hon. Rebecca R. Pallmeyer, Presiding Judge<br>)<br>) Hon. Jeannice W. Appenteng,<br>) Magistrate Judge |
| VILLAGE OF GLENCOE, ILLINOIS, *et.al.*, | )<br>)<br>)<br>) |
| Defendants. | ) |

**JUDGES BOYD AND GOLDFARB'S UNOPPOSED MOTION TO
SET DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Judges Boyd and Goldfarb (the "Judge Defendants"), by their attorney, Kwame Raoul, Attorney General of Illinois, respectfully move this Court to set a deadline of October 28, 2024, for them to respond to Plaintiff's Complaint. In support of this unopposed motion, Defendants state as follows:

1. Plaintiff filed his Complaint on August 4, 2024. Dkt. 1.

2. Plaintiff emailed a copy of the Complaint to Judge Goldfarb but did not effect service pursuant to Rule 4 of the Federal Rules of Civil Procedure upon either Judge Defendant. However, to avoid unnecessary delay in resolving this matter, the Judge Defendants will waive service.

3. As such, the Judge Defendants request that the Court set a deadline of October 28, 2024, for them to file a responsive pleading to Plaintiff's Complaint.

4. Plaintiff does not oppose this motion.

1

WHEREFORE, Defendants Judges Boyd and Goldfarb respectfully request that this Court grant their motion and set a deadline of October 28, 2024, for their responsive pleading to Plaintiff's Complaint.

Respectfully submitted,

/s/ Lee Stark
LEE B. STARK
ASSISTANT ATTORNEY GENERAL
Office of the Illinois Attorney General
General Law Bureau
115 South LaSalle Street
Chicago, IL 60603
(312) 814-4417
lee.stark@ilag.gov

*Attorney for Defendants Judge Boyd and Judge Goldfarb*