# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kenton Girard, et al.

                              Plaintiff,

v.                                           Case No.: 1:24−cv−06882
                                                               Honorable Rebecca R. Pallmeyer

Village of Glencoe, Illinois, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 9, 2024:

       MINUTE entry before the Honorable Rebecca R. Pallmeyer: Beermann Defendant's motion to deem service waived and to set a responsive pleading deadline [13] is granted. Defendant Beermann to file responsive pleading by 10/28/2024. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.