**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KENTON GIRARD, et al., | ) | |
| | ) | No. 24-cv-06882 |
| Plaintiffs, | ) | |
| | ) | Judge Rebecca M. Pallmeyer |
| vs. | ) | |
| | ) | Magistrate Jeannice W. Appenteng |
| VILLAGE OF GLENCOE, ILLINOIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' UNOPPOSED MOTION TO WAIVE SERVICE AND TO SET RESPONSIVE PLEADING DEADLINE

Defendants Village of Glencoe and Detective Ryan McEnerney ("Defendants"), by and through their undersigned counsel, The Sotos Law Firm, P.C., move this Honorable Court to waive service of the Complaint and to set a responsive pleading deadline, and state:

1. On August 4, 2024, Plaintiffs filed their Complaint.

2. On September 16, 2024, the undersigned counsel contacted Plaintiff Kenton Girard ("Plaintiff") (as signatory on the Complaint) in an effort to request Rule 4 waivers of service. Plaintiff Girard requested the undersigned file their appearances and the instant motion instead.

3. Accordingly, Defendants desire to avoid undue delay in this matter and respectfully note that they will waive service and are requesting this Court grant them 60 days (consistent with waiver of service deadlines under Rule 4(d)(3)) until November 18, 2024 to file responsive pleading(s).

4. On September 19, 2024, Plaintiff indicated he did not oppose the relief requested via email.

WHEREFORE, the Defendants respectfully request that this Court enter an ORDER: (1) granting this Motion; (2) deeming service waived as to Defendants Village of Glencoe and Detective Ryan McEnerney; (3) granting them until November 18, 2024 to file responsive pleading(s); and (4) any other relief this Court deems reasonable and appropriate.

Date: September 18, 2024                                    Respectfully submitted,

                                                            */s/ Alexis M. Gamboa*
                                                            ALEXIS M. GAMBOA, Attorney No. 6331348
                                                            *One of the Attorneys for Defendants Village of*
                                                            *Glencoe and Detective Ryan McEnerney*

James G. Sotos
Jeffrey R. Kivetz
Alexis M. Gamboa
**THE SOTOS LAW FIRM, P.C.**
141 W. Jackson Blvd., #1240A
Chicago, IL 60604
(630) 735-3300
agamboa@jsotoslaw.com

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that on Thursday, September 18, 2024, I electronically filed the foregoing **Defendant Village of Glencoe and Detective Ryan McEnerney's Unopposed Motion to Waive Service and to Set Responsive Pleading Deadline** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed on the below Service List:

***Pro Se Plaintiffs***
Kenton Girard
965 Forestway Drive
Glencoe, IL 60022
773-575-7035
kg5252@yahoo.com

***Attorneys for Defendants Beermann, LLP,***
***John M. D'Arco Esq., James M. Quigley Esq.,***
***and Enrico J. Mirabelli Esq.***
Kimberly E. Blair
Robert F. Merlo
Courtney L. Wood
Joseph J. Stafford
Wilson Elser Moskowitz Edelmann & Dicker, LLP
55 West Monroe Street, Suite 3800
Chicago, IL 60606
(312) 812-6139
kimberly.blair@wilsonelser.com
robert.merlo@wilsonelser.com
courtney.wood@wilsonelser.com
joseph.stafford@wilsonelser.com

***Attorneys for Defendants***
***Judge William S. Boyd and***
***Judge Renee G. Goldfarb***
Lee B. Stark
Office of the Illinois Attorney General
115 South LaSalle Street, 27th Floor
Chicago, IL 60603
(224) 278-8343
Lee.stark@ilag.gov

*/s/ Alexis M. Gamboa*
ALEXIS M. GAMBOA, Attorney No. 6331348
*One of the Attorneys for Defendants Village of Glencoe and Detective Ryan McEnerney*
