AO 440 (Rev. 05/00) Summons in a Civil Action

BC  FILED MEN
10/20/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 10-20-24 |
| NAME OF SERVER (PRINT) Marissa Girard | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1207 Greenleaf St. Evanston, IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10-20-24
Date

Signature of Server

965 Forestway, Glencoe, IL 60022
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Kenton Girard et al.

V.

Village of Glencoe et al.

CASE NUMBER: 1:24-cv-06882

ASSIGNED JUDGE: Rebecca R. Pallmeyer

DESIGNATED MAGISTRATE JUDGE: Jeannice W. Appenteng

TO: (Name and address of Defendant)

Gwenn Waldman
10024 Skokie Blvd #214
Skokie, IL 60077

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kenton Girard
965 Forestway Drive
Glencoe, IL 60022
kg5252@yahoo.com

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



August 16, 2024

(By) DEPUTY CLERK

DATE