AO 440  (Rev. 05/00)  Summons in a Civil Action

**FILED** MEN
10/20/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 10-20-24 |
| NAME OF SERVER *(PRINT)*  Marissa Girard | TITLE | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant.  Place where served: 346 Lagoon Drive, Northfield, IL  60093

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-20-24
　　　　　　　　*Date*

*Signature of Server*

965 Forestway Drive, Glencoe, IL 60022
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Kenton Girard et al.

V.

Village of Glencoe et al.

CASE NUMBER:  1:24-cv-06882

ASSIGNED JUDGE:  Rebecca R. Pallmeyer

DESIGNATED
MAGISTRATE JUDGE:  Jeannice W. Appenteng

TO: (Name and address of Defendant)

Phyllis Amabile MD
346 Lagoon Drive,
Northfield, IL 60093

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kenton Girard
965 Forestway Drive
Glencoe, IL 60022
kg5252@yahoo.com

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____

(By) DEPUTY CLERK



August 16, 2024

_____

DATE