UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Kenton Girard, et al.

Plaintiff,

v.

Case No.: 1:24−cv−06882
Honorable Rebecca R. Pallmeyer

Village of Glencoe, Illinois, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 30, 2024:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff Kenton Girard's emergency motion for temporary restraining order [35] is denied without prejudice. Mr. Girard is asking the court to order the Village of Glencoe to "benchquot; Detective Ryan McEnerney and investigate Mr. McEnerney. Mr. Girard also notes a concern about an upcoming vote to adopt home rule in Glencoe, a vote that, Mr. Girard believes, would "expand[] police powers and "diminish[]" "official accountability and oversight." Mr. Girard represents himself only in this lawsuit, however; he has standing to request relief only on his own behalf. He has no standing to request an investigation and supervision of an election that would presumably protect others from the harm he alleges Defendant McEnerney has imposed on him. And this court lacks jurisdiction to grant these forms of relief. The court concludes therefore that Mr. Girard has not shown a likelihood of success on the merits of his claims. Motions to dismiss [22] [30], [34] are pending, and the court will rule promptly when those motions are briefed. The courts set the following briefing schedule for Beermann Defendants' Motion to Dismiss [34]: Response is due on or before 11/18/2024; and Reply is due on or before 12/2/2024. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.