FILED
10/31/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

LM

BC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kenton Girard et al.<br><br>Plaintiff,<br><br>v.<br><br>Village of Glencoe et al.<br><br>Defendants. | Case No. 1:24-cv-06882<br><br>District Judge Rebecca R. Pallmeyer<br><br>Magistrate Jeannice W. Appenteng<br><br>**NOTICE OF DISMISSAL AS TO<br>HAMMER DEFENDANTS** |

Plaintiffs note that Defendants Vanessa Hammer and Hammer Serna & Quinn LLC have filed a joint brief in support of their motion to dismiss, however neither has yet propounded an answer or a summary judgment motion in these proceedings.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss Defendants Vanessa Hammer and Hammer Serna & Quinn LLC from these proceedings.

Dated: October 31, 2024

Respectfully Submitted,

KENTON GIRARD, *In Pro Se*

/s/ Kenton Girard
965 Forestway Drive
Glencoe, IL 60022
Email: kg5252@yahoo.com
Tel: 773-575-7035