THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENTON GIRARD, MARISSA GIRARD, MINOR CHILD GW, and MINOR CHILD, CR<br><br>Plaintiff,<br><br>v.<br><br>VILLAGE OF GLENCOE, ILLINOIS, DETECTIVE RYAN MCENERNEY, MARIA PAREDES, VANESSA HAMMER, HAMMER SERNA & QUINN, LLC, GWENN WALDMAN, BREANNA TRAUB, PHYLLIS AMABILE MD, BEERMANN LLP, JOHN M. D'ARCO ESQ, JAMES M. QUIGLEY ESQ. ENRICO J. MIRABELLI ESQ, JUDGE WILLIAM S. BOYD, JUDGE RENEE G. GOLDFARB, and KATHRYN CIESLA, ESQ.<br><br>Defendants. | Case No. 2024-cv-06882 |

**MOTION**

NOW COMES Defendant, Breanna Frueh f/k/a Breanna Traub, by and through LEWIS BRISBOIS BISGAARD & SMITH, LLP and for her Motion to Deem Service Waived and to Set a Responsive Pleading Deadline, states as follows:

1. On August 4, 2024, Plaintiffs filed their complaint. On October 21, 2024 named party Marissa Girard handed this named Defendant a copy of the complaint.

2. On November 8, 2024, the undersigned counsel e-mailed Plaintiff Kenton Girard (as signatory on the Complaint) regarding waiver of service and extension of time to file a responsive pleading. Plaintiff Kenton Girard indicated that there was no objection to the motion.

148612047.1    1

3. Thus, this Defendant desires to avoid undue delay in this matter and respectfully notes that they will waive service and are requesting this Court grant them until November 29, 2024 to file responsive pleading(s).

4. Plaintiff does not oppose this Motion.

WHEREFORE, Defendant Breanna Frueh f/k/a Breanna Traub respectfully requests that this Court enter an ORDER: (1) granting this Motion; (2) deeming service waived as to Breanna Frueh f/k/a Breanna Traub; (3) extend the time to file a responsive pleading to on or before November 29, 2024; and (4) granting any other relief the Court deems appropriate.

Respectfully Submitted,

*/s/ Charles A. Egner*
One of the attorneys for Defendant Breanna Frueh f/k/a Breanna Traub

Charles A. Egner, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West Adams Street, Suite 300
Chicago, Illinois 60661
Firm No. 41737
P: (312) 345-1718 / F: (312) 345-1778
Charles.Egner@lewisbrisbois.com

148612047.1  2