THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENTON GIRARD, MARISSA GIRARD, MINOR CHILD GW, and MINOR CHILD, CR </br></br>Plaintiff, </br></br>v. </br></br>VILLAGE OF GLENCOE, ILLINOIS, DETECTIVE RYAN MCENERNEY, MARIA PAREDES, VANESSA HAMMER, HAMMER SERNA & QUINN, LLC, GWENN WALDMAN, BREANNA TRAUB, PHYLLIS AMABILE MD, BEERMANN LLP, JOHN M. D'ARCO ESQ, JAMES M. QUIGLEY ESQ. ENRICO J. MIRABELLI ESQ, JUDGE WILLIAM S. BOYD, JUDGE RENEE G. GOLDFARB, and KATHRYN CIESLA, ESQ. | Case No. 2024-cv-06882 |

**MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

NOW COMES the Defendant, GWENN WALDMAN, by and through her attorneys, CASSIDAY SCHADE, LLP, and for her Motion for Extension of Time to File a Responsive Pleading, states as follows:

1. On August 4, 2024, Plaintiff's filed their complaint.

2. On October 21, 2024, named party, Marissa Girard handed GWENN WALDMAN a copy of the complaint.

3. On October 31, 2024, undersigned counsel filed their appearance for Defendant, GWENN WALDMAN.

4. On November 11, 2024, counsel for GWENN WALDMANN e-mailed Plaintiff Kenton Girard regarding an extension of time to file a responsive pleading.

1

5. On the same day, November 11, 2024, Plaintiff Kenton Girard indicated he had no objection to the motion.

6. Defendant respectfully requests that this court grant her until November 29, 2024, to file a responsive pleading.

7. Plaintiff does not oppose the motion.

8. This motion is not intended to cause undue delay or undue prejudice to Plaintiff.

WHEREFORE, Defendant, GWENN WALDMAN, by and through her attorneys, CASSIDAY SCHADE, LLP, respectfully requests that this Court enter an order granting this motion to extend the time for this Defendant to file a responsive pleading to November 29, 2024, and any other equitable relief the Court deems just.

Respectfully submitted,

CASSIDAY SCHADE LLP

By: /s/ Luke J. Sawicki
 One of the Attorneys for Defendant, GWENN WALDMAN

Michael Hennig
John A. O'Donnell, Jr.
Luke J. Sawicki
CASSIDAY SCHADE LLP
222 W. Adams Street, Suite 2900
312-641-3100
mhennig@cassiday.com
jodonnelljr@cassiday.com
lsawicki@cassiday.com