IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENTON GIRARD, et al., | ) | |
| Plaintiffs, | ) ) ) | No. 24-cv-06882 |
| v. | ) ) ) | Judge Rebecca R. Pallmeyer |
| | ) | Magistrate Judge Appenteng |
| VILLAGE OF GLENCOE, et al., | ) ) ) | |
| Defendants. | ) | |

**MOTION TO ENLARGE THE TIME PERIOD IN WHICH
TO ANSWER OR OTHERWISE PLEAD**

NOW COMES Defendant, KATHRYN CIESLA, by and through her attorneys, Tribler Orpett & Meyer, P.C., and, pursuant to Federal Rule of Civil Procedure 6(b)(1), moves this Honorable Court to enlarge the time period in which to answer or otherwise plead up to and including December 10, 2024. In support thereof, Kathryn Ciesla state as follows:

1. On August 13, 2024, Plaintiffs filed a nine-count, 202 paragraph Complaint against fifteen defendants, including Kathryn Ciesla. Plaintiffs allege various civil rights violations based on alleged bribery of multiple-state court judges in litigation currently pending in the Circuit Court of Cook County, Illinois, Domestic Relations Division.

2. The undersigned seeks an extension of time to meet with Kathryn Cielsa and examine all pertinent documents in order to sufficiently answer or otherwise plead to Plaintiffs' Complaint. The undersigned seeks 28 days, up to and including December 10, 2024, to answer or otherwise plead to Plaintiffs' Complaint.

5. The undersigned is not being dilatory in the defense of this case and an extension of time will cause no undue delay or prejudice in this action.

**WHEREFORE**, Defendant, KATHRYN CIESLA, respectfully request that this Honorable Court grant her an enlargement of time up to and including December 10, 2024, to answer or otherwise plead in this matter.

                                               Respectfully submitted,

                                               TRIBLER ORPETT & MEYER, P.C.

                                               s/Jeremy N. Boeder
                                               Attorney for Defendant, Kathryn Ciesla

Michael J. Meyer, Esq. – ARDC #0619372
Jeremy N. Boeder, Esq. – ARDC #6285771
TRIBLER ORPETT & MEYER, P.C.
225 West Washington Street, Suite 2550
Chicago, Illinois 60606
(312) 201-6400
mjmeyer@tribler.com
jnboeder@tribler.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of Defendants' Motion was served upon:

**See attached Service List**

service was accomplished pursuant to ECF as to Filing Users and complies with LR 5.5 as to any party who is not a Filing User or represented by a Filing User by mailing a copy to the above-named attorney or party of record at the email address listed above, from 225 W. Washington Street, Suite 2550, Chicago, IL 60606, prior to 5:00 p.m. on the 11th day of November, 2024.

s/ Jeremy N. Boeder
an Attorney

## **SERVICE LIST**

Kenton Girard
965 Forestway Drive
Glencoe, IL 60022
773-575-7035
Email: kg5252@yahoo.com
PRO SE (Plaintiff)

**Attorneys for Village of Glencoe & Det. Ryan McEnerney**

James G Sotos
The Sotos Law Firm, P.C.
141 W. Jackson Blvd., #1240A
Chicago, IL 60604
(630) 735-3300
Email: jsotos@jsotoslaw.com

Alexis Gamboa
Sotos Law Firm
141 W. Jackson, #1240A
Chicago, IL 60604
(630) 735-3316
Email: AGamboa@jsotoslaw.com

Jeffrey Robert Kivetz
The Sotos Law Firm, P.c.
141 W. Jackson Blvd., #1240A
Chicago, IL 60604
(630) 735-3118
Email: jkivetz@jsotoslaw.com

Steven M. Elrod
Elrod Friedman LLP
325 N. LaSalle St., Suite 450
Chicago, IL 60654
(312) 528-5191
Email: steven.elrod@elrodfriedman.com

**Attorneys for Vanessa Hammer & Hammer Serna & Quinn, LLC**

John Duffy
Swanson, Martin & Bell, LLP
Illinois
330 N. Wabash Avenue, Ste 3300
Chicago, IL 60611

312-222-8574
Email: jduffy@smbtrials.com

Bryan Jonathan Kirsch
Swanson Martin & Bell
330 N. Wabash St, Ste 3300
Chicago, IL 60611
312-766-0072
Email: bkirsch@smbtrials.com

**Attorneys for Gwenn Waldman**

Michael J. Hennig
Cassiday Schade LLP
222 West Adams Street, Ste 2900
Chicago, IL 60606
312-444-2490
Email: mhennig@cassiday.com

John Andrew O'Donnell, Jr.
Cassiday Schade LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 739-3247
Email: jodonnelljr@cassiday.com

Luke Joseph Sawicki
Cassiday Schade LLP
222 West Adams Street
Chicago, IL 60606
(312) 641-3100
Email: lsawicki@cassiday.com

**Attorneys for Breanna Traub**

Charles Arthur Egner
Lewis Brisbois Bisgaard & Smith LLP
550 W. Adams, Suite 300
Chicago, IL 60661
(312)345-1778
Email: charles.egner@lewisbrisbois.com

Sherry H. Joseph
Lewis Brisbois Bisgaard & Smith LLP
550 W. Adams Street, Suite 300
Chicago, IL 60661
312-463-3332
Email: sherry.joseph@lewisbrisbois.com

**Attorneys for MD Phyllis Amabile**

Michael R. Slovis
Cunningham, Meyer & Vedrine
One East Wacker Drive, #2200
Chicago, IL 60601
(312)578-0049
Email: mslovis@cmvlaw.com

Jeffrey P Nankervis
Cunningham, Meyer, & Vedrine, LLC
1 E Wacker Dr., Ste. 2200
Chicago, IL 60601
312-589-6796
Email: jnankervis@cmvlaw.com

**Attorneys for Beerman LLP, John M. D'Arco, James M. Quigley, Enrico J. Mirabelli**

Kimberly Elizabeth Blair
Wilson Elser Moskowitz Edelman & Dicker, LLP
55 W. Monroe Street, Suite 3800
Chicago, IL 60603
(312) 821-6139
Email: kimberly.blair@wilsonelser.com

Courtney Lynn Wood
Wilson Elser Moskowitz Edelman & Dicker Llp
55 W. Monroe St., Suite 3800, Suite 3800
Chicago, IL 60603
(312) 821-6121
Email: courtney.wood@wilsonelser.com

Joseph J Stafford
Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street, Suite 3800
Chicago, Il 60603-5001
(312) 821-6157
Email: Joseph.Stafford@wilsonelser.com

Robert Merlo
Wilson Elser Moskowitz Edelman and Dicker LLP
55 W. Monroe St., Suite 3800
Chicago, IL 60603
(312) 821-6170
Email: robert.merlo@wilsonelser.com

**<u>Attorneys for Judge William S. Boyd & Judge Renee G. Goldfarb</u>**

Michael James Bradtke
Office of the Illinois Attorney General
General Law
151 S LaSalle Street, Ste 2700
Chicago, IL 60603
(773) 519-2733
Email: Michael.bradtke@ilag.gov