BC
FILED
11/18/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
VJD

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kenton Girard et al.<br><br>    Plaintiff,<br><br>  v.<br><br>Village of Glencoe et al.<br><br>    Defendants. | **Case No. 1:24-cv-06882**<br><br>District Judge Rebecca R. Pallmeyer<br><br>Magistrate Jeannice W. Appenteng<br><br>**Motion for Leave to Amend Complaint** |

Plaintiff pro se Kenton Girard for his <u>Motion for Leave to File Amended Complaint,</u> states as follows:

New material facts have come to light which provide significant additional evidentiary support underlying the RICO and civil conspiracy causes against the Defendants.

Because Plaintiff has voluntarily dismissed Defendants Vanessa Hammer Esq and Hammer, Serna & Quinn LLC, and judging by the responsive papers by Beermann LLP and the Judicial Defendants, Plaintiff would have until the date of this filing November 18 2024 to amend his pleading as of right under Fed. R. Civ. Pr. 15(a)(1)(B).

Pursuant to Fed. R. Civ. Pr. 15(a)(2), Plaintiff hereby requests leave from the court to be allowed an additional fourteen (14) days to December 2 2024 within which to file his amended pleading hereunder.

Dated: November 18, 2024                          Respectfully Submitted,

KENTON GIRARD, *In Pro Se*

/s/ Kenton Girard
965 Forestway Drive
Glencoe, IL 60022
Email: kg5252@yahoo.com
Tel: 773-575-7035

## **CERTIFICATE OF SERVICE**

This undersigned certifies that this motion was electronically filed with the clerk of this Court on November 18 2024 and was provided via email to all counsel who have filed appearances in the above-captioned matter.

*/s/ Kenton Girard*
Kenton Girard