THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENTON GIRARD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 24-cv-6882 |
| v. ) | |
| ) | Hon. Rebecca R. Pallmeyer |
| VILLAGE OF GLENCOE, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT PAREDES' MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

NOW COMES the Defendant Maria Paredes, by her attorney, Kwame Raoul, Attorney General for the State of Illinois, and moves this Court for an extension of time until December 11, 2024, to answer or otherwise plead to Plaintiffs' Complaint. (Doc. 1). In support thereof, Defendant Paredes state as follows:

1. Defendant requests that this Court allow her leave to file her answer or otherwise plead to the Complaint by December 11, 2024. Defendant Paredes was served with the Complaint on or about October 30, 2024.

2. In addition to preparation of the response to Plaintiff's Complaint, counsel for Defendant Paredes is responsible for the representation of the DCFS Director and DCFS employees in numerous cases which have required the expenditure of time, particularly: *B.H. v. Mueller,* 88 C 5599 (U.S. District Court, N.D. Ill., Alonso, J.) (post-consent decree proceedings: execution of implementation plan related to the DCFS's provision of services and placements to meet the needs of youth in DCFS custody with significant mental and behavioral health needs; extensive expenditure of time to prepare reports to the Court on implementation progress, involving meetings with Special Master, Expert Panel, and counsel for all parties); *Golbert v. Walker,* 18 C 8176 (U.S. District Court, N.D. Ill., Cummings, J., Weisman, Mag. J.) (section

1983 putative class action concerning youth in DCFS custody who require psychiatric hospitalization; court-ordered expert discovery related to motion for class certification).

3. This extension of time will not impede the progress of this case. The granting of this motion would be in the best interest of justice.

WHEREFORE, Defendant Paredes requests that this Honorable Court grant an extension of time until December 11, 2024, to file her answer or otherwise plead.

Dated: November 20, 2024

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois

By: s/Barbara L. Greenspan
Barbara L. Greenspan
Assistant Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(312) 858-0412
Barbara.greenspan@illinois.gov
*Counsel for Defendant Paredes*

## CERTIFICATE OF SERVICE

      The undersigned, an attorney of record, hereby certifies that, on November 20, 2024, she caused to be filed through the Court's CM/ECF system a copy of the foregoing Defendant Paredes' Motion for Extension of Time to Answer or Otherwise Plead. Parties of record may obtain a copy of this filing through the Court's CM/ECF system.

                                                  /s/ *Barbara L. Greenspan*
                                                  Barbara L. Greenspan