BC

FILED
12/11/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DD

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kenton Girard et al.<br><br>      Plaintiff,<br><br>v.<br><br>Village of Glencoe et al.<br><br>      Defendants. | **Case No. 1:24-cv-06882**<br><br>District Judge Rebecca R. Pallmeyer<br><br>Magistrate Jeannice W. Appenteng<br><br>**NOTICE OF DISMISSAL AS TO PHYLLIS AMABILE MD** |

Plaintiffs note that Defendant Amabile has filed a brief in support of her motion to dismiss, however she has not yet propounded an answer or a summary judgment motion in these proceedings. Furthermore, the First Amended Complaint no longer names Ms. Amabile thereunder.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss Defendant Phyllis Amabile MD from these proceedings.

Dated: December 10, 2024

Respectfully Submitted,

KENTON GIRARD, *In Pro Se*

/s/ Kenton Girard
965 Forestway Drive
Glencoe, IL 60022
Email: kg5252@yahoo.com
Tel: 773-575-7035