**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Kenton Girard, et al.
                      Plaintiff,

v.                                           Case No.: 1:24−cv−06882
                                                      Honorable Rebecca R. Pallmeyer

Village of Glencoe, Illinois, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 13, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Defendants Village of Glencoe and Ryan Mcenerney's motion for extension of time [86] is granted. Deadline to reply is extended to 1/31/2025. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.