IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENTON GIRARD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 24-cv-06882 |
| | ) | |
| v. | ) | Judge Rebecca R. Pallmeyer |
| | ) | Magistrate Judge Appenteng |
| VILLAGE OF GLENCOE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>DEFENDANT KATHRYN CIESLA'S REPLY IN SUPPORT OF MOTION TO DISMISS</u>**

Defendant, KATHRYN CIESLA ("Ciesla"), by and through her attorneys, Tribler Orpett & Meyer, P.C., for her Reply in support of her motion to dismiss Plaintiffs' Amended Complaint ("the Complaint") pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), states as follows:

**ARGUMENT**

Ciesla filed a well-founded Motion to Dismiss. Plaintiff was given until February 21, 2025, to respond. Plaintiff did not respond. Plaintiff did not seek an extension of time. Ciesla's Motion must be granted.

Ciesla filed her Motion to Dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) ("the Motion") on January 14, 2025. [ECF 84.] The Complaint contains a singular conspiracy count against Ciesla. [ECF 73 at Count VII, pp. 59-60.] In the Motion, Ciesla sets forth clear, concise, and compelling bases for why a dismissal must be entered. First, under 12(b)(6), Plaintiff did not set forth a cause of action upon which a claim could be granted, because: (1) Plaintiff did not set forth plausible allegations of a conspiracy; (2) Plaintiff failed to identify an underlying tort upon which a state-law conspiracy claim could be founded; and

1

(3) Plaintiff failed to plead plausible allegations as to how the alleged actions could have harmed any of the Plaintiffs. [ECF 84.] Second, under 12(b)(1), the Minor Children's claims must be dismissed because the attorney who signed the complaint on their behalf is not admitted to practice before this Court. [ECF 84.] Third, under 12(b)(1), the Court must decline involvement in ongoing litigation on the basis of all applicable abstention doctrines: the *Younger* Abstention Doctrine; the Domestic-Relations Exception; the *Burford* and *Colorado River* Abstention Doctrines; and the *Rooker-Feldman* Doctrine. (See arguments set forth by Beerman in its Motion to Dismiss and Reply [ECF 34, pp. 4-8, and ECF 71, pp. 3-7], and incorporated by Ciesla in her Motion to Dismiss [ECF 84].) Ciesla incorporates herein all arguments set forth in her motion to dismiss.

On January 17, 2025, the Court entered an order, agreed by all parties, giving Plaintiff until February 21, 2025 to file her response to the Motion. [ECF 89.] As of the time of this filing, Plaintiff has neither responded to the Motion, nor timely sought an extension by written motion with good cause shown. "[F]ailure to respond to an argument … results in waiver." *Bonte v. U.S. Bank, N.A.* 624 F.3d 461, 466 (7th Cir. 2010). "If [judges] are given plausible reasons for dismissing a complaint, they are not going to do the plaintiff's research and try to discovery whether there might be something to say against the defendants' reasoning." *Id*. See also *County of McHenry v. Ins. Co. of the West*, 438 F.3d 813, 818 (7th Cir. 2006). Accordingly, this Court should dismiss Count VII of Plaintiff's complaint against Ciesla because her motion is well-founded and unopposed.

## CONCLUSION

For the reasons stated above, Defendant Ciesla respectfully requests that this Honorable Court grant her motion to dismiss Plaintiffs' Amended Complaint as pleaded against her, with prejudice, and that this Honorable Court further grant any additional relief that is just and proper.

        Respectfully submitted,

By: s/Michael J. Meyer
    *Attorney for Defendant, Kathryn Ciesla*

Michael J. Meyer, Esq. – ARDC #0619372
TRIBLER ORPETT & MEYER, P.C.
225 West Washington Street, Suite 2550
Chicago, Illinois 60606
(312) 201-6400
mjmeyer@tribler.com
rjsreguly@tribler.com

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of Defendants' Reply in Support of Motion to Dismiss was served upon:

 **See attached Service List**

service was accomplished pursuant to ECF as to Filing Users and complies with LR 5.5 as to any party who is not a Filing User or represented by a Filing User by mailing a copy to the above-named attorney or party of record at the email address listed above, from 225 W. Washington Street, Suite 2550, Chicago, IL 60606, prior to 5:00 p.m. on the 3rd day of March, 2025.

         s/ Michael J. Meyer
         an Attorney

## **SERVICE LIST**

Kenton Girard
965 Forestway Drive
Glencoe, IL 60022
773-575-7035
Email: kg5252@yahoo.com
PRO SE (Plaintiff)

**Attorneys for Village of Glencoe & Det. Ryan McEnerney**

James G Sotos
The Sotos Law Firm, P.C.
141 W. Jackson Blvd., #1240A
Chicago, IL 60604
(630) 735-3300
Email: jsotos@jsotoslaw.com

Alexis Gamboa
Sotos Law Firm
141 W. Jackson, #1240A
Chicago, IL 60604
(630) 735-3316
Email: AGamboa@jsotoslaw.com

Jeffrey Robert Kivetz
The Sotos Law Firm, P.c.
141 W. Jackson Blvd., #1240A
Chicago, IL 60604
(630) 735-3118
Email: jkivetz@jsotoslaw.com

Steven M. Elrod
Elrod Friedman LLP
325 N. LaSalle St., Suite 450
Chicago, IL 60654
(312) 528-5191
Email: steven.elrod@elrodfriedman.com

**Attorneys for Vanessa Hammer & Hammer Serna & Quinn, LLC**

John Duffy
Swanson, Martin & Bell, LLP
Illinois
330 N. Wabash Avenue, Ste 3300
Chicago, IL 60611

312-222-8574
Email: jduffy@smbtrials.com

Bryan Jonathan Kirsch
Swanson Martin & Bell
330 N. Wabash St, Ste 3300
Chicago, IL 60611
312-766-0072
Email: bkirsch@smbtrials.com

**Attorneys for Gwenn Waldman**

Michael J. Hennig
Cassiday Schade LLP
222 West Adams Street, Ste 2900
Chicago, IL 60606
312-444-2490
Email: mhennig@cassiday.com

John Andrew O'Donnell, Jr.
Cassiday Schade LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 739-3247
Email: jodonnelljr@cassiday.com

Luke Joseph Sawicki
Cassiday Schade LLP
222 West Adams Street
Chicago, IL 60606
(312) 641-3100
Email: lsawicki@cassiday.com

**Attorneys for Breanna Traub**

Charles Arthur Egner
Lewis Brisbois Bisgaard & Smith LLP
550 W. Adams, Suite 300
Chicago, IL 60661
(312)345-1778
Email: charles.egner@lewisbrisbois.com

Sherry H. Joseph
Lewis Brisbois Bisgaard & Smith LLP
550 W. Adams Street, Suite 300
Chicago, IL 60661
312-463-3332
Email: sherry.joseph@lewisbrisbois.com

**Attorneys for MD Phyllis Amabile**

Michael R. Slovis
Cunningham, Meyer & Vedrine
One East Wacker Drive, #2200
Chicago, IL 60601
(312)578-0049
Email: mslovis@cmvlaw.com

Jeffrey P Nankervis
Cunningham, Meyer, & Vedrine, LLC
1 E Wacker Dr., Ste. 2200
Chicago, IL 60601
312-589-6796
Email: jnankervis@cmvlaw.com

**Attorneys for Beerman LLP, John M. D'Arco, James M. Quigley, Enrico J. Mirabelli**

Kimberly Elizabeth Blair
Wilson Elser Moskowitz Edelman & Dicker, LLP
55 W. Monroe Street, Suite 3800
Chicago, IL 60603
(312) 821-6139
Email: kimberly.blair@wilsonelser.com

Courtney Lynn Wood
Wilson Elser Moskowitz Edelman & Dicker Llp
55 W. Monroe St., Suite 3800, Suite 3800
Chicago, IL 60603
(312) 821-6121
Email: courtney.wood@wilsonelser.com

Joseph J Stafford
Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street, Suite 3800
Chicago, Il 60603-5001
(312) 821-6157
Email: Joseph.Stafford@wilsonelser.com

Robert Merlo
Wilson Elser Moskowitz Edelman and Dicker LLP
55 W. Monroe St., Suite 3800
Chicago, IL 60603
(312) 821-6170
Email: robert.merlo@wilsonelser.com

**Attorneys for Judge William S. Boyd & Judge Renee G. Goldfarb**

Michael James Bradtke
Office of the Illinois Attorney General
General Law
151 S LaSalle Street, Ste 2700
Chicago, IL 60603
(773) 519-2733
Email: Michael.bradtke@ilag.gov