**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Kenton Girard, et al.
                                      Plaintiff,

v.                                                     Case No.: 1:24−cv−06882
                                                         Honorable Rebecca R. Pallmeyer

Village of Glencoe, Illinois, et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 7, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Defendant Kathryn Ciesla filed what appears to be a well−founded motion to dismiss the claims against her. The court set a briefing schedule, but Plaintiff did not respond and has not sought additional time in which to do so. The motion [84] is granted, and claims against Ms. Ciesla are dismissed with prejudice. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.