## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Kenton Girard, et al.

                         Plaintiff,

v.                                          Case No.: 1:24−cv−06882
                                                     Honorable Rebecca R. Pallmeyer

Village of Glencoe, Illinois, et al.

                         Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 13, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Kenton Girard has filed a motion for leave to intervene in this action, in which he is the named Plaintiff. As Mr. Girard is already a party to this action, he has no need to intervene. If Mr. Girard has filed this motion on behalf of another individual (Alexandra Dean), the court reminds him that a non−lawyer has no standing to represent another individual in court. Mr. Girard's lengthy document appears to be a disguised motion for leave to file an amended complaint, naming numerous additional Defendants (many of them immune from liability and/or beyond the jurisdiction of the court). A proposed complaint that runs 84 pages is not a "short and plain statement" of a claim for relief. See Fed. R. Civ. P. 8. Motions to dismiss Mr. Girard's earlier complaint [30, 34, 56, 66, 70, 81] remain pending. His motion for leave to intervene (or to file an amended complaint) [100] is stricken without prejudice pending ruling on those motions. Ms. Dean's application for leave to proceed in forma pauperis [99] is stricken as moot. Mailed notice. (cp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.