



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kenton Girard et al.<br><br>    Plaintiff,<br><br>v.<br><br>Village of Glencoe et al.<br><br>    Defendants. | Case No. 1:24-cv-06882<br><br>District Judge Rebecca R. Pallmeyer<br><br>Magistrate Jeannice W. Appenteng<br><br>**<u>NOTICE AS TO</u>**<br>**<u>ERRANT INTERVENOR</u>** |

Plaintiff having reviewed docket entries 100 and 101 wishes to clarify the following points for the Court:

1. Plaintiff did not file a Motion to Intervene in this matter. Indeed that would be nonsensical, because Plaintiff is already before the Court on his claims.

2. It appears that the proposed intervenor, Ms. Dean, has affixed Plaintiff's name and signature (presented as "/s/ Kenton Girard") on p. 83 of her Motion to Intervene, which page is entitled "XXV. SIGNATURE BLOCKS".

3. Plaintiff wishes to emphatically state that in no way does he pretend to represent Ms. Dean in any capacity (certainly, Plaintiff is not an attorney), and in no way has he approved either the filing or the contents of her Motion to Intervene. Ms. Dean's affixing of Plaintiff's signature on her paper was without authorization.

Dated: March 13, 2025

                                                                          Respectfully Submitted,

                                                                          KENTON GIRARD, *In Pro Se*

                                                                          <u>/s/ Kenton Girard</u>
                                                                          965 Forestway Drive
                                                                          Glencoe, IL 60022
                                                                          Email: kg5252@yahoo.com
                                                                          Tel: 773-575-7035

*Plaintiff's Notice as to Errant Intervenor*