# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Kenton Girard, et al.

                                        Plaintiff,

v.                                                             Case No.: 1:24−cv−06882

                                                                          Honorable Rebecca R. Pallmeyer

Village of Glencoe, Illinois, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 19, 2025:

        MINUTE entry before the Honorable Rebecca R. Pallmeyer: Defendant Paredes's response to the court's show−cause order satisfies the court that she has shown quick action to respond and has a colorable defense. The show−cause order is vacated. Her motion to dismiss [104] is entered and continued for briefing as follows: Plaintiff's response is due on or before April 18, 2025; reply, if any, shall be filed on May 2, 2025. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.