**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KENTON GIRARD, et. al., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:24-cv-06882 |
| | ) | |
| vs. | ) | District Judge: Hon. Rebecca R. Pallmeyer |
| | ) | |
| VILLAGE OF GLENCOE, IILINOIS, et. al., | ) | Magistrate Judge: Hon. Jeannice W. Appenteng |
| | ) | |
| Defendants. | ) | |

## **MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

NOW COMES Defendant, GWENN WALDMAN (hereinafter "Waldman"), by and through her attorneys, CASSIDAY SCHADE LLP, and hereby respectfully requests leave to withdraw Luke J. Sawicki. In support of this motion, the undersigned counsel states as follows:

1. The law firm of CASSIDAY SCHADE LLP represents Defendant Waldman.

2. Luke J. Sawicki entered his appearance for Defendant Waldman on October 31, 2024.

3. As of April 8, 2025, Luke J. Sawicki is no longer affiliated with the law firm of CASSIDAY SCHADE LLP.

4. Attorney Michael J. Hennig of CASSIDAY SCHADE LLP, who also filed his Appearance on October 31, 2024, will remain as counsel of record for Defendant Waldman.

5. No parties will be prejudiced by the withdrawal of Luke J. Sawicki.

WHEREFORE Defendant, GWENN WALDMAN, respectfully requests this Court enter an order withdrawing the appearance and legal representation of Attorney Luke J. Sawicki

Respectfully submitted,

By: /s/ *Michael J. Hennig*
One of the Attorneys for Defendant,
GWENN WALDMAN

/s/ *Luke J. Sawicki*
One of the Attorneys for Defendant,
GWENN WALDMAN

Luke J. Sawicki (ARDC No. 6346351)
MARWEDEL, MINICHELLO & REEB, P.C.
303 West Madison Street
Suite 1100
Chicago, IL 60606
Phone: (312) 902-1600
Fax: (312) 902-9900
lsawicki@mmr-law.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to all attorneys of record in this case.

/s/ *Luke J. Sawicki*