UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENTON GIRARD, MARISSA GIRARD, MINOR CHILD GW and MINOR CHILD GR,<br><br>Plaintiff,<br>v.<br><br>VILLAGE OF GLENCOE, ILLINOIS, DETECTIVE RYAN MCENERNEY, MARIA PAREDES, VANESSA HAMMER, HAMMER SERNA & QUINN, LLC, GWENN WALDMAN, BREANNA TRAUB, PHYLLIS E. AMABILE, M.D., BEERMAN LLP, JOHN M. D'ARCO, ESQ., JAMES M. QUIGLEY, ESQ, ENRICO J. MIRABELLI, ESQ., JUDGE WILLIAM S. BOYD, JUDGE RENEE G. GOLDFARB and KATHRYN CIESLA, ESQ.,<br><br>Defendants. | No. 2024-cv-06882<br><br>Judge Rebecca M. Pallmeyer |

Undersigned counsel, Michael R. Slovis, an attorney of Cunningham, Meyer & Vedrine, P.C., respectfully requests that this Honorable Court allow him to withdraw his appearance in the above-captioned matter. In support thereof, counsel states as follows:

1.　On October 28, 2024, Michael R. Slovis filed his appearance for Defendant, Phyllis E. Amabile, M.D.

2.　Defendant, Phyllis E. Amabile, M.D., was dismissed from this matter on December 10, 2024.

WHEREFORE, for the foregoing reasons, undersigned counsel respectfully requests that this Honorable Court grant him leave to withdraw and to remove him from all service lists and as counsel for Defendant, Phyllis Amabile, M.D.

Dated: June 5, 2025

                                                  Respectfully submitted,

                                                  /s/Michael R. Slovis
                                                  MICHAEL R. SLOVIS, Attorney No. 6210763
                                                  *One of the Attorneys for Defendant, Phyillis Amabile, M.D.*

Michael R. Slovis
Cunningham, Meyer & Vedrine, P.C.
One East Wacker Drive, Suite 2200
Chicago, IL 60601
(312) 578-0049
mslovis@cmvlaw.com