# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Kenton Girard, Minor Child GW, Minor Child GR, <br><br>Plaintiff(s), <br><br>v. <br><br>Village of Glencoe, Illinois, Detective Ryan McEnerney, Maria Paredes, Vanessa Hammer, Hammer Serna & Quinn LLC, Gwenn Waldman, Breanna Traub, MD Phyllis Amabile, Beerman LLP, John M D'Arco, James M Quigley, Enrico J Mirabelli, Judge William S Boyd, Judge Renee G Goldfarb, and Kathryn Ciesla, <br><br>Defendant(s). | Case No. 24-cv-06882 <br>Judge Rebecca R. Pallmeyer |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Judge William S. Boyd and Judge Renee G. Goldfarb.
and against plaintiff(s) Kenton Girard.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Rebecca R. Pallmeyer on motions to dismiss [34] [81] [70] [66] [104] [56].
All other claims and remaining defendants are dismissed without prejudice.

Date:  8/12/2025                                    Thomas G. Bruton, Clerk of Court

                                                    Christina Presslak , Deputy Clerk